# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFF PADAVIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. 08-CV-541-DRH |
| ) | |
| DAN BYRNE, Individually and in his ) | |
| capacity as City of Marion Police Officer, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 25, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

JUSTINE FLANAGAN, ACTING CLERK


BY: /s/*Sandy Pannier*
Deputy Clerk

Dated: May 28, 2009


APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT